# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KANSAS BERTOLLINI, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-43 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 23. Petitioner Kansas Bertollini ("Bertollini") did not file Objections to this Report and Recommendation. In fact, this Court's Report and Recommendation was returned as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 24.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Bertollini's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

dismissal, and **DENIES** Bertollini *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_14\_\_ day of \_\_December\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA